No. 82, Misc., October Term, 1945. SMITH v. MAGUIRE, JUSTICE OF THE DOMESTIC RELATIONS COURT OF THE CITY OF NEW YORK, ET AL.;

No. 83, Misc., October Term, 1945. HARDING v. LA-GUARDIA, MAYOR, ET AL.;

No. 33, Misc. STEPHENS, ADMINISTRATOR, v. UNITED STATES;

No. 34, Misc. MASSEY v. TEXAS;

No. 37, Misc. EX PARTE WILSON; and

No. 43, Misc. EX PARTE PORESKY. October 21, 1946. The applications are denied.

No. 20, Misc. LAVENDER, ADMINISTRATOR, v. CLARK, CHIEF JUSTICE OF THE SUPREME COURT OF MISSOURI, ET AL. October 21, 1946. The motion for leave to file petition for writ of mandamus is denied. MR. JUSTICE BLACK, MR. JUSTICE MURPHY, and MR. JUSTICE RUTLEDGE are of the opinion that leave to file should be granted and that a rule to show cause should issue. N. Murry Edwards, James A. Waechter and Douglas H. Jones for petitioner. Maurice G. Roberts, Cornelius H. Skinker, Jr., William R. Gentry, Charles A. Helsell and John W. Freels for respondents.

No. 2, October Term, 1941. BERNARDS ET AL. v. JOHNSON ET AL. October 21, 1946. The motion to recall the mandate is denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application.